```
 1  GEOFFREY HANSEN
    Acting Federal Public Defender
 2  RITA BOSWORTH
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone:  (415) 436-7700
 5
    Counsel for Defendant O'CONNOR
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,        )   No. CR-11-814 JW
                                     )
11                  Plaintiff,       )   STIPULATION AND [PROPOSED] ORDER
                                     )   TO CONTINUE SENTENCING DATE
12  v.                               )
                                     )   Current Date: March 5, 2012, at 1:30 p.m.
13  ROBIN O'CONNOR,                  )   Proposed Date: March 26, 2012, at 1:30 p.m.
                                     )
14                  Defendant.       )
                                     )
15  _____  )
```

IT IS SO ORDERED

*Judge James Ware* (signature)

16      Ms. O'Connor pled guilty to one count of wire fraud on November 14, 2011.  On that

17  date, her sentencing hearing was scheduled for March 5, 2012.  The parties now jointly request a

18  continuance of that date to March 26.  There is good cause for the continuance because

19  government counsel is currently in a lengthy trial that will not end until March.  This is a

20  complicated case and the parties believe it is important to ensure continuity of government

21  counsel.  In addition, because of his trial schedule, a continuance is necessary for government

22  counsel to adequately respond to the pre-sentence report and file a sentencing memo.  This is the

23  first continuance that the parties have requested and Ms. O'Connor will not be prejudiced by the

24  continuance.  She is out of custody and has been in compliance with all of her conditions of

25  release.  Defense counsel, government counsel, and the probation officer are all available for

26  sentencing on March 26.

Stipulation and [Proposed] Order; *U.S. v. O'Connor*; 11-814 JW                    1

The parties additionally request that the briefing schedule be amended as follows:

Objections to PSR due: March 6

Final PSR due: March 12

Sentencing Memoranda due: March 19

Sentencing Replies (if necessary) due: March 22

SO STIPULATED.

DATED: 2/17/12       /s/
_____
RITA BOSWORTH
Assistant Federal Public Defender


DATED: 2/17/12       /s/
_____
THOMAS STEVENS
Assistant United States Attorney

The Court hereby ORDERS that the defendant's sentencing hearing is continued to March 26, 2012, at 1:30 p.m. The Court further orders that the amended briefing schedule proposed by the parties shall be adopted.

_February 21, 2012_____       _____
     DATE                          HON. JAMES WARE
                                   Chief United States District Judge